**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marion Patzem,<br><br>           Plaintiff,<br>     vs.<br><br>Praesidium, Inc.,<br><br>           Defendant. | No. CV-07-1842-PHX-PGR<br><br><u>ORDER</u> |

The parties having filed a Joint Stipulation for Voluntary Dismissal of Plaintiff's Action Against Defendant (doc. #14) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 31st day of January, 2008.

Paul G. Rosenblatt
United States District Judge